Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TARA SAWICKY

    Plaintiff,

v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 06-6254-KI

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $3,627.44 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney and mailed to Plaintiff's attorney. No costs are awarded to either party.

It is so ordered:

DATED  11-13-07

_____
United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER